UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RONNIE LEE, | ) No. CV 08-5165 JVS (FFM0 |
| Plaintiff, | ) ORDER ADOPTING FINDINGS, |
| v. | ) CONCLUSIONS AND |
| | ) RECOMMENDATIONS OF |
| LOS ANGELES POLICE DEPARTMENT, et al., | ) UNITED STATES MAGISTRATE JUDGE |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, the Amended Report and Recommendation of United States Magistrate Judge and the objections thereto.  The Court concurs with and adopts the findings, conclusions and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

IT IS ORDERED that defendants California Superior Court and the Honorable Michael Hoff are dismissed with prejudice; Claims Two, Three, and Seven through Thirteen are dismissed with prejudice; Claims One, Four, Fourteen and Fifteen are dismissed without prejudice, but without leave to amend; and Claims Five, Six and Sixteen as to the Los Angeles Police Department are dismissed with leave to amend.

/ / /

/ / /

/ / /

Plaintiff is not to add any new claims or parties to the Second Amended Complaint, absent motion and order permitting the same.

DATED: March 26, 2009

_____
JAMES V. SELNA
United States District Judge

2