UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-5165 JVS (FFM) | Date | August 19, 2009 |
|---|---|---|---|
| Title | RONNIE LEE v. LOS ANGELES POLICE DEPARTMENT, et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER REQUIRING SERVICE BY U.S. MARSHAL SERVICE**

The Court is in receipt of plaintiff's Third Amended Civil Rights Complaint filed July 24, 2009. The United States Marshal is ORDERED to serve the defendants named in the Court's order attached hereto. The clerk is directed to provide plaintiff with the original summons and instructions on how to proceed in serving defendants through the United States Marshal.

IT IS SO ORDERED.

_____ : _____
Initials of Preparer          JM