UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RONNIE LEE, | ) | No. CV 08-5165 JVS (FFM) |
| Plaintiff, | ) ) | ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) ) | |
| LOS ANGELES POLICE DEPARTMENT, et al. | ) ) ) | |
| Defendants. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

IT IS ORDERED that defendants' motion to dismiss is granted without leave to amend and that judgment be entered against plaintiff on this Fourth Amended Complaint with prejudice as to Claims One through Five and without prejudice as to Claim Six.

DATED: May 3, 2011

JAMES V. SELNA
United States District Judge