UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RONNIE LEE, | ) | No. CV 08-5165 JVS (FFM) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| LOS ANGELES POLICE DEPARTMENT, et al. | ) | |
| Defendants. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Fourth Amended Complaint is dismissed with prejudice as to Claims One through Five and without prejudice as to Claim Six.

DATED: May 3, 2011

JAMES V. SELNA
United States District Judge